Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of MARYLAND

NORTHERN Division

USDC - BALTIMORE
'25 MAR 3 AM 10:24

Case No. SAG 25-cv-684
*(to be filled in by the Clerk's Office)*

Wilberforce Omane Agyekum

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☒ Yes   ☐ No

Seattle University School of Law

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | WILBERFORCE OMANE AGYEKUM |
   | Street Address | 7310 RITCHIE HWY SUITE 200 |
   | City and County | GLEN BURNIE |
   | State and Zip Code | MD |
   | Telephone Number | 443-718-9703 |
   | E-mail Address | WILBERFORCE@AGYEKUMLAW.COM |



HD
rcv'd by: _____

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SEATTLE UNIVERSITY SCHOOL OF LAW |
| Job or Title *(if known)* | |
| Street Address | 901 12th Avenue |
| City and County | Seattle, King County |
| State and Zip Code | WA |
| Telephone Number | 98122 |
| E-mail Address *(if known)* | gharrington@seattleu.edu |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1. Civil Rights Act of 1964: Prohibits discrimination based on race, color, and national origin in education
2. Fair Debt Collection Practices Act: 15 U.S.C. §§ 1692-1692p
3. Fair Credit Reporting Act: 15 U.S.C. §§ 1681-1681x
4. False Claims Act (FCA), 31 U.S.C. §§ 3729 - 3733

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* WILBERFORCE OMANE AGYEKUM, is a citizen of the State of *(name)* MARYLAND.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

   b.   If the defendant is a corporation

      The defendant, *(name)*   SEATTLE UNIVERSITY  , is incorporated under
      the laws of the State of *(name)*   WASHINGTON  , and has its
      principal place of business in the State of *(name)*   WASHINGTON  .
      Or is incorporated under the laws of *(foreign nation)* _____,
      and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$17, 500,000.00 (SEVENTEEN Million Five Hundred Thousand Dollars)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This claim relates to how Seattle University irreparably damaged Plaintiffs Resume' and Career. Plaintiff is a graduated of the Seattle University School of Law. Plantiff is a first generation immigrant from Ghana. In 1996. Plaintiff applied for admission to study law at Defendant's law school. Plaintiff received acceptance but not for the general admission pool, but from an alternative admission program named "ARC" for Academic Resource Center (Tab D).

That admission program required attendance for summer courses in criminal law, constitutional law, and legal writing. Upon success completion of the summer program, the student is admitted to law school. However, failure to successully complete the summer program would lead to withdraw of the admission. Defendant's JD admission Program eligibility requirements include "EARNED OR WILL EARN A BACHELOR'S DEGREE FROM AN ACCREDITED COLLEGE OR UNIVERSITY PRIOR TO YOUR ENROLLMEN." (Tab A, pg 2). Plaintiff left Maryland to Seattle, Washington for law school in May of 1996.

Plaintiff assumed that he had completed all undergraduate requirements, and if he had not, the law school would let himn know. Plaintiff received his grades for his final spring semester at his undergraduate school, then Columbia Union College, now Washington Adeventist University. Plaintiff was required to earn a certain grade in Probability and Statistics in order to graduate and earn his Bachelor of Science degree.

However, Plaintiff was unsuccessful in earning the requisite grade for the statistics course. This created a major problem. Plaintiff was essentially an undergraduate student, while simultaneously enrolled in law school. Plaintiff therefore did not meet the defendant's admission requirements, and was ineligible for Graduate School Financial Aid. Plaintiff informed the Defendant through its Registrar. An emergency meeting was called between plaintiff and the Registrar, along with Director of Financial Aid, and Assistant Dean of Internal Affairs. Plantiff expected, and indeed requested a release in order to go back to Maryland to complete the statistics course, graduate from undergrad, then either reapply for law school, or a Masters program in Counseling Psychology.

However, the defendant had other plans. The defendant's agent, had plaintiff swear to NOT tell anybod about the situation. She stated that she had already certified that Plaintiff had graduated from Columbia Union College, and therefore was eligible for graduate school loans. Thus, having to correct that would cost her to likely lose her job. She also stated that the law school had submitted loan applications for the new building construction in Seattle. The school included the number of students enrolled and how many years they would be paying tuition. The law school expected about 4.5% attrition rate, which would be those who were unsuccessful academically or dropped out. Therefore, they were disinclined to release me because it would impact the loan application. She stated that if the issue was disclosed publicly, it could casue the American Bar Association to withdraw accreditation of the law, which would reduce the value of all degrees from University of Puget Sound (former name), and Seattle University. This would cause tremendous damage to every current and former student of the law school. She instructed Plaintiff to NEVER tell anyone about the scheme to keep him in school,

The goal was to keep Plaintiff enrolled. Plaintiff felt trappped. The claim and certification that he had completed all undergraduate requiremts was indeed false. However, instead of admtting the mistake and allowing plaintiff to go and finish undergraduate studies, plaintiff was essentially entrapped and handcuffed. The undergraduate statistics professor litarally laughed when plaintiff explianed that he was already enrolled in law school because she didn't believe that was possible. Plaintiff received permission to retake the statistics course remotely with a different professor. Defendant's agent advised Plaintiff to find a tutor for statistics from the University of Puget Sound. She in fact assisted plaintiff to find a statistcs tutor. Plaintiff was finally able to satisfy his undergraduate requirements. However, he earned his undergraduate degree in May 1997. Plaintiff had been in law school starting May 1996. How is this possible? The Defendant knew about this irreparable damage to plaintiff's resume and professional profile. The damage has been permanent and has caused plaintiff to have a worthless degree. Plaintiff cannot and has not been able to explain the one-year overlap.

That overlap was caused by the Defendant. The defendant then refused to do anything to assist plaintiff to correct the harm and injustice that it caused. The top members of the Law School's Administration were all involved. Including former Dean James Bond; an of particular note was the then Dean for Academic Affairs,

Annette Clarke, who subsequently became Dean of the law school, who was asked to get involved and provide guideance. However, she refused. Asked why the refusal to assist the situation, she stated that what was happening with plaintiff was highly unethical and improper, and potentially illegal so she wanted no part of it. That was the Internal Dean for Acedemic Affairs. Showing that they defendant's agents knew the damage they were doing to plaintiff. This has harmed plaintiff. A former promonent student, who with all the issues at the law school outlined herein, was Charman of the Judicial Review Board, Elected Twice as Student Body President (SBA), and was a member of the law school's Board of Visitors.

Plaintiff represented the law school at regional and national meetings. He won first place for the Frederick Douglass Moot Court Apellate Competition, while earning best orator award. Plaintiff did all the right things to go from the son of a single immigrant mother to law school. Plaintiff almost failed at Montgomery Blair High School. He made a tremendous turnaround. Plaintiff entered law school with all the expectations of greatness. However, the damage to his resume and professional status is glaring. Then to make matters worse, Defendant has continued to ruin plaintiff's credit by attempting to collect on a debt that Plaitiff has objected to, and should not be required to pay. Especially, since Defendant's conduct has prevented his ability to earn income commesurate with his scholarship. NOTICE the end result of the defendants conduct on Plaintiff's CV/Resume:

SEATTLE UNIVERSITY SCHOOL OF LAW: 5/1996 -5/2000
COLUMBIA UNION COLLEGE: 8/1992-5/1997

As one can clearly see, Plaintiff graduated from Columbia Union College in May 1997. However, Plaintiff was in his first year at Defendant's school that same year. That is not normal and that is the harm caused by the Defendant. The injury is permanent.

The plaintiff's family has suffered greatly. His colleagues, who expected gtreatness from him are baffled. Narurally, talk of failure and accusations of Drug addict and mental illness took hold. Nobody other than potential employers, noticed that damage. Something that as a Black Man in America, is disqualifying for virtually any position. One employer accused plaintiff of submitting a "Fake" resume. Pliantiff has been relegated to contract and low paying entry level jobs, and having to engage in solo law ptactice, with limited experience. Still, defendant has maintained his law license in good standing. However, the JD and Resume are useless due to the Defendant's unethical and likely illegal conduct. Plaintiff intends to prove these allegations to a jury by a preponderance of the evidence, The Defendant's agents will be deposed and required to testify under oath.

The defendant violated the Plaintiff's civil rights to education. Defendant also ruined Plaintiff's careers and financial future with it's conduct which casued permanent injury to plaintiffs career, health, finances, and reputation. Due to the Defendants conduct, the injury to plaintiff is ongoing. Defendant continues collection efforts against Plaintiff. Thus, Plaintiff's only opportunity for justice was to file this lawsuit and bring the defendant to answer for the Assault and Battery of plaintiffs Career and Life.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Average compensation for a licensed attorney from 2000 - 2025 $250,000.00 annually equals $6,250,000 (Six Million Two Hundred and Fifty Thousand Dollars for lost income potential).

$50,000 per year for each year Defendants had plaintiff in collections or appeard on his credit report (25 years) = $1,250,000.00 (One Million Two Hundred and Fifty Thousand Dollars for Credit Damage).

$10,000,000.00 (Ten Million Dollars for Punitive Damages) - Defendant is a law school and Plaintiff trusted it's agents with his future and they betrayed him by looking out for their interest and engaging in unethical, immoral, and illegal conduct. Using plaintiff's ability to secure loans to their own pecuniary benefit at the expense of Plaint's Career and Future of his Family.

TOTAL FINANCIAL RELIEF REQUESTED = $17,500,000.00
Seventeen Million Dollars Five hundred thousand 5м

The Court to the Defendant to Cease all Collections Efforts and remove any items reported to the credit agencies related to alleged law school debt

Defendant to issue a public acknowledgment and apology for the damages done to the Plaintiff.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     03/03/2025

Signature of Plaintiff     _[signature]_
Printed Name of Plaintiff     WILBERFORCE OMANE AGYEKUM

### B. For Attorneys

Date of signing:     _____

Signature of Attorney     _____
Printed Name of Attorney     _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |