# TABLE OF CONTENTS

**TABS**                                                                                                 **PAGE**

A. Defendant's Law School Admission Requirements (pg2) ………………………….1-4

B. Copy of Plaintiff's Seattle University Law School Transcripts………………………5-6

C. Copy of Plaintiff's Washington Adventist University Transcripts……………….....7-8

D. Copy of Defendant's Access Admission Program (ARC) requirements ………..9-14

E. Copy of Eligibility requirements to qualify for a loan discharge based on FALSE CERTIFICATION………………………………………………………………….15

F. LOAN Program Types for Defendants Law School ….…………………………16-31

G. Copy of Debt Collection letters from National Enterprise Systems Collecting on behalf of Defendant Dated January 28, 2025……………………………………..32-33