

3/3/25, 5:08 AM — JD Admission Requirements | JD Program Admission | Apply | Admission | Seattle University School of Law

Case 1:25-cv-00684-SAG    Document 1-4    Filed 03/03/25    Page 2 of 5

# JD Admission Requirements

Home > Admission > Apply > JD Program Admission > **JD Admission Requirements**

## ADMISSION

- Apply >
  - JD Program Admission >
    - **JD Admission Requirements** >
      - GRE Information
      - JD-Next Information
      - JD Application Procedures
    - Access Admission Program >
    - Dates and Deadlines
    - JD students by the numbers >

Paying for your legal education

International Students Applying for the JD

Transfer/visiting students

Veteran benefits and resources

Hear from JD Students and Alumni >

Admitted JD students >

Connect with us >

## Contact Admission

Seattle University School of Law

901 12th Avenue, Sullivan Hall

Seattle, WA 98122-1090

**Phone:** 206-398-4200

**Toll-free:** 800-471-1767

**Email:** lawadmis@seattleu.edu

## Requirements

- Earned or will earn a bachelor's degree from accredited college or university prior to your enrollment.

2

- JD-Next Exam

# Decisions

To decide who to accept into Seattle U Law, the Admissions Committee considers three primary factors:

1. Performance on LSAT, GRE, or JD-Next Exam
2. Undergraduate academic record
3. Personal and professional accomplishments

Considerations

- At least two evaluators review each application.
- Candidates' statistical profile weighs heavily.
- However, we weigh all factors, including:
  - exceptional professional achievements
  - outstanding community service, and/or
  - particular talents that will contribute to the law school community

# Bar admission

- To become a practicing attorney, you must graduate from law school and be admitted to a bar in a particular jurisdiction.
- In addition to a bar examination, there are character, fitness, and other qualifications for admission to the bar in every U.S. jurisdiction.

jurisdiction. Addresses for all relevant agencies are available through the National Conference of Bar Examiners: https://www.ncbex.org/

# Nondiscrimination policy

- Seattle University School of Law embraces a wholly nondiscriminatory admission policy and philosophy.
- We welcome applications from all persons without regard to age, gender, race, religion, national origin, marital status, sexual or political orientation, or disability.
- Read our complete Nondiscrimination policy

## Get Connected

Sign up to learn more about our programs

**First Name** *

**Last Name** *

**Email** *

☐ **Send me a confirmation email for this form**

Phone