# B

# SCHOOL OF LAW
## UNOFFICIAL TRANSCRIPT

NAME: Wilberforce Agyekum  
STUDENT ID: 0004632  

PAGE: 1 OF 2  
PRINT DATE: 01/22/2020  



PROGRAM: Juris Doctor

---

**DEGREES/CREDIT GRANTING INSTITUTIONS** — **DEGREE**

Washington Adventist Universit — Bachelor of Science

*did not rec'v* →

---

| SUBJ/COURSE NUMBER | TITLE | CREDITS | GRADE | SUBJ/COURSE NUMBER | TITLE | CREDITS | GRADE |
|---|---|---|---|---|---|---|---|
| **Summer Semester 1996** 05/28/1996 - 08/01/1996 | | | | **Fall Semester 1997** 08/21/1997 - 12/20/1997 | | | |
| CRIM-100 | Criminal Law | 4.00 | | CNLW-200 | Constitutional Law I | 3.00 | |
| | | | | CRIM-300 | Criminal Proc Adjudicative | 3.00 | |
| DEGREE CR | GRADED CR | GRADE PTS | GPA | CRIM-305 | Criminal Proc Investigative | 3.00 | |
| TERM: 4.00 | 4.00 | 8.00 | | EVID-200 | Evidence | 2.00 | |
| | | | | PROF-200 | Professional Responsibility | 2.00 | |
| **Fall Semester 1996** 08/22/1996 - 12/21/1996 | | | | DEGREE CR | GRADED CR | GRADE PTS | GPA |
| CIVL-100 | Civil Procedure | 3.00 | | TERM: 13.00 | 13.00 | 27.35 | |
| CONT-100 | Contracts | 3.00 | | **Spring Semester 1998** 01/12/1998 - 05/16/1998 | | | |
| WRIT-100 | Legal Writing I | 1.00 | | CNLW-205 | Constitutional Law II | 3.00 | |
| PROP-100 | Property | 3.00 | | EVID-205 | Evidence | 2.00 | |
| DEGREE CR | GRADED CR | GRADE PTS | GPA | JURS-300 | Jurisprudence | 2.00 | |
| TERM: 10.00 | 10.00 | 24.68 | | WRIT-200 | Legal Writing II | 3.00 | |
| **Spring Semester 1997** 01/10/1997 - 05/17/1997 | | | | DEGREE CR | GRADED CR | GRADE PTS | GPA |
| CIVP-105 | Civil Procedure | 3.00 | | TERM: 10.00 | 10.00 | 18.34 | |
| CONT-105 | Contracts | 3.00 | | **Summer Semester 1998** 05/25/1998 - 07/30/1998 | | | |
| WRIT-105 | Legal Writing I | 2.00 | | INDS-420 | Independent Study | 3.00 | B |
| PROP-105 | Property | 3.00 | | DEGREE CR | GRADED CR | GRADE PTS | GPA |
| DEGREE CR | GRADED CR | GRADE PTS | GPA | TERM: 3.00 | 3.00 | 9.00 | |
| TERM: 11.00 | 11.00 | 20.35 | | | | | |

************ CONTINUED ON NEXT PAGE ************

**Summer Semester 1997** 06/02/1997 - 08/31/1997  
TORT-100 Torts 5.00  
DEGREE CR  GRADED CR  GRADE PTS  GPA  
TERM: 5.00   5.00   8.35

---

OFFICIAL ACTION:

---

ISSUED TO:  
Wilberforce Agyekum



# SCHOOL OF LAW
## UNOFFICIAL TRANSCRIPT

NAME:        Wilberforce Agyekum                                   PAGE:        2 OF 2
STUDENT ID:  0004632                                               PRINT DATE:  01/22/2020

PROGRAM:     Juris Doctor

| SUBJ/COURSE NUMBER | TITLE | CREDITS | GRADE | SUBJ/COURSE NUMBER | TITLE | CREDITS | GRADE |
|---|---|---|---|---|---|---|---|
| | **Fall Semester 1998** | | | | **Spring Semester 2000** | | |
| | 08/20/1998 - 12/19/1998 | | | | 01/10/2000 - 05/13/2000 | | |
| ADMN-300 | Administrative Law | 3.00 | | ADVC-305 | Comprehensive Trial Advocacy | 4.00 | |
| CNLW-300 | Civil Liberties & Const Rights | 3.00 | | REMD-300 | Remedies | 3.00 | |
| INDL-300 | Federal Indian Law | 3.00 | | | DEGREE CR / GRADED CR / GRADE PTS / GPA | | |
| TAXL-300 | Individual Income Taxation | 4.00 | | TERM: | 7.00 / 7.00 / 18.69 | | |
| | DEGREE CR / GRADED CR / GRADE PTS | | | | | | |
| TERM: | 13.00 / 13.00 / 28.70 | | | | ********** Spring Semester 2000 Last Term Attend ********** | | |
| | **Spring Semester 1999** | | | | | | |
| | 01/11/1999 - 05/15/1999 | | | | TOTAL SEATTLE UNIVERSITY CREDITS: | 90.00 | |
| ADVC-300 | Comp. Pre-Trial Advocacy | 4.00 | | | TRANSFER CREDITS: | 0.00 | |
| MENT-300 | Law & Mental Health | 3.00 | | | TOTAL CREDITS TO DATE: | 90.00 | |
| ALDR-305 | Mediation Theory & Practice | 2.00 | | | CUMULATIVE GPA: | 2.016 | |
| MOOT-300 | Moot Court | 2.00 | | | | | |
| | DEGREE CR / GRADED CR / GRADE PTS | | | | DEGREE: Juris Doctor | | |
| TERM: | 4.00 / 5.00 / 4.66 | | | | 05/13/2000 | | |
| | **Summer Semester 1999** | | | | | | |
| | 05/17/1999 - 08/10/1999 | | | | | | |
| CRIM-315 | Federal Crimes | 3.00 | | | | | |
| | DEGREE CR / GRADED CR / GRADE PTS | | | | | | |
| TERM: | 3.00 / 3.00 / 5.01 | | | | | | |
| | **Fall Semester 1999** | | | | | | |
| | 08/23/1999 - 12/18/1999 | | | | | | |
| INTP-320 | Copyright Law | 2.00 | | | | | |
| CRIM-320 | Post-Conviction Relief | 3.00 | | | | | |
| INTP-315 | Trademark Law | 2.00 | | | | | |
| | DEGREE CR / GRADED CR / GRADE PTS | | | | | | |
| TERM: | 7.00 / 7.00 / 10.35 | | | | | | |

**ISSUED TO:**

Wilberforce Agyekum

