

Unofficial Transcript  
Washington Adventist University  
Issued to Student: ~~[redacted]@yahoo.com~~

NAME: Wilber Agyekum  
ID: 0040883  
BIRTH: 08/09/1970  
PRINTED: 08/03/2023



### UNDERGRADUATE TRANSFER COURSE LISTING

| SCHOOL | ACCEPTED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|
| MONTGOMERY COLLEGE | 15.00 | 15.00 | 15.00 | 39.00 | 2.60 |

### WAU UNDERGRADUATE COURSE LISTING

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Fall 1992 | ENGL-102 | Research and Literature | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Fall 1992 | HIST-275 | American Civilization I | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Fall 1992 | JOUR-350 | The Critics and the Arts | W | 3.00 | 0.00 | 0.00 | 0.00 | |
| Fall 1992 | PSYC-105 | Introduction to Psychology | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Fall 1992 | RELB-160 | Jesus and the Gospels | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Honor Roll | | | | | | | | |
| | | Fall 1992 Summary: | | 12.00 | 12.00 | 12.00 | 39.00 | 3.25 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Spring 1993 | ANTH-275 | Cultural Anthropology | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Spring 1993 | CMME-150 | Survey of Mass Media | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Spring 1993 | HIST-385 | Recent American History | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Spring 1993 | PHIL-250 | Introduction to Logic | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Spring 1993 | PSYC-210 | Psychology of Dev & Learning | C | 4.00 | 4.00 | 4.00 | 8.00 | |
| | | Spring 1993 Summary: | | 16.00 | 16.00 | 16.00 | 50.00 | 3.13 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Fall 1993 | EDUC-301 | Issues in Multicultural Educ | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Fall 1993 | HIST-310 | History of England | C | 4.00 | 4.00 | 4.00 | 8.00 | |
| Fall 1993 | PSYC-305 | Social Psychology | B | 4.00 | 4.00 | 4.00 | 12.00 | |
| Fall 1993 | PSYC-435 | Dynamics of Individual Couns. | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| | | Fall 1993 Summary: | | 14.00 | 14.00 | 14.00 | 41.00 | 2.93 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Spring 1994 | GEOG-270 | World Geography | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Spring 1994 | PEAC-185 | Independent Activity | A | 0.50 | 0.50 | 0.50 | 2.00 | |
| Spring 1994 | PSYC-365 | Theories of Personality | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Spring 1994 | PSYC-385 | Psychological Testing | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Spring 1994 | PSYC-440 | Dynamics of Group Counseling | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Dean's List | | | | | | | | |
| | | Spring 1994 Summary: | | 12.50 | 12.50 | 12.50 | 44.00 | 3.52 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Fall 1994 | HLSC-110 | Healthier Living | B | 2.00 | 2.00 | 2.00 | 6.00 | |
| Fall 1994 | PEAC-160 | Physical Fitness for Life | C | 1.00 | 1.00 | 1.00 | 2.00 | |
| Fall 1994 | PSYC-230 | Health Psychology | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Fall 1994 | PSYC-355 | Motivation & Perception | C | 3.00 | 3.00 | 3.00 | 6.00 | |
| Fall 1994 | RELB-310 | Hebrew Prophets | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Fall 1994 | RELL-201 | Elementary Greek | AU | 4.00 | 0.00 | 0.00 | 0.00 | |
| | | Fall 1994 Summary: | | 16.00 | 12.00 | 12.00 | 38.00 | 3.17 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Spring 1995 | HIST-126 | Hist. of World Civilization II | C | 3.00 | 3.00 | 3.00 | 6.00 | |
| Spring 1995 | HIST-257 | African-American History | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Spring 1995 | PSYC-360 | Abnormal Psychology | A | 3.00 | 3.00 | 3.00 | 12.00 | |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Spring 1995 | PSYC-496 | Practicum in Psychology | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Spring 1995 | SOCI-230 | Urban Social Problems | B | 3.00 | 3.00 | 3.00 | 9.00 | |

Honor Roll

| | | | Spring 1995 Summary: | 15.00 | 15.00 | 15.00 | 51.00 | 3.40 |
|---|---|---|---|---|---|---|---|---|

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Summer 1995 | HIST-375 | Colonial Heritage 1607-1783 | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| | | Summer 1995 Summary: | | 3.00 | 3.00 | 3.00 | 9.00 | 3.00 |

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Fall 1995 | LITR-227 | African American Literature | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Fall 1995 | RELB-375 | Philosophy of Religion | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Fall 1995 | RELT-308 | Biblical Preaching | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| Fall 1995 | SOCI-295 | Ind.St: Mariage and the Family | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Fall 1995 | SOCI-495 | Ind St: Sociological Theory | A | 3.00 | 3.00 | 3.00 | 12.00 | |

Dean's List

| | | | Fall 1995 Summary: | 15.00 | 15.00 | 15.00 | 54.00 | 3.60 |
|---|---|---|---|---|---|---|---|---|

| TERM | COURSE | TITLE | GRADE | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|---|---|---|
| Spring 1996 | BIOL-130 | Humans and Their Environment | B | 4.00 | 4.00 | 4.00 | 12.00 | |
| Spring 1996 | MATH-270 | Probability and Statistics | C | 4.00 | 4.00 | 4.00 | 8.00 | |
| Spring 1996 | PHIL-494 | Topics: Philosophy of Language | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| Spring 1996 | PSYC-285 | Adolescent Psychology | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| | | Spring 1996 Summary: | | 14.00 | 14.00 | 14.00 | 41.00 | 2.93 |

### WAU UNDERGRADUATE TRANSCRIPT SUMMARY

| | ENROLLED | ATTEMPTED | EARNED | POINTS | GPA |
|---|---|---|---|---|---|
| WAU | 120.50 | 113.50 | 113.50 | 367.00 | 3.23 |
| TRANSFER | 15.00 | 15.00 | 15.00 | 39.00 | 2.60 |
| TOTAL | 135.50 | 128.50 | 128.50 | 406.00 | 3.16 |

05/04/1997 Graduated: BS-Psychology-Counseling
05/04/1997 Graduated: Minor-Behavioral Science
05/04/1997 Graduated: Minor-History
First Enrolled: Fall 1992
Last Enrolled: Spring 1996