



# Access Admission Program

Home > Admission > Apply > JD Program Admission
> **Access Admission Program**

## ADMISSION

Apply >

JD Program Admission >

    JD Admission Requirements >

    **Access Admission Program** >

        Summer Program

        Dates and Deadlines

JD students by the numbers >

LLM Program Admission

MLS Program Admission

Transfer/visiting students

Veteran benefits and resources

Hear from JD Students and Alumni >

Admitted JD students >

Connect with us >

## Contact Admission

**Seattle University School of Law**

901 12th Avenue, Sullivan Hall

Seattle, WA 98122-1090

**Phone:** 206-398-4200

**Toll-free:** 800-471-1767

**Email:** lawadmis@seattleu.edu

## Get Connected

Sign up to learn more about our programs

First Name *

Last Name *

Email *

10

Phone

Zip Code

I'm interested in *

☐ Juris Doctor (JD)

☐ Master of Laws (LLM)

☐ Master of Legal Studies (MLS)

☐ Doctor of Juridical Science (SJD)

Submit

Click here if the Get Connected form does not launch.

The Access Admission program provides a pathway to a law degree for students from disadvantaged and underrepresented communities. Students admitted to the program demonstrate potential for success through their grit, intellectual curiosity, and the ability to overcome barriers, qualities which are not necessarily reflected by grades and test scores.

Access Admission students find the support, guidance, professional development, and

# How it works

The program has created specialized programming designed to help students adjust to the rigors of law school. More importantly, the program provides students with a supportive community of fellow students, professors, and staff who are dedicated to their success.

# Core elements

- Summer Program: Beginning in June, newly admitted students take part in a required summer program that integrates a Criminal Law course with instruction in legal writing and study skills.
- Academic Coaching sessions: Held throughout your first year to ensure you are making progress.
- Continuous support: The Academic Excellence and Bar Success Team provides support, guidance, and academic skill instruction throughout students' law school experience.

# Application Procedures

- **Application deadline: January 1**
- There are no special steps required to apply. Applicants must submit a complete JD

12

- undergraduate transcripts; letters of recommendation; and all other application materials detailed in JD Application Procedures.
- Selected candidates are notified via email that their JD applications are being considered for Access Admission.
- Applications not received by the January 1 deadline will still be considered for admission to the traditional JD program.
- For more information, contact the Office of Admission.

## Bar Success Scholarship

The Boerner Lustbader Bar Success Scholarship is named for the Access Admissions Program Founders – Professors Emeriti Paula Lustbader and David Boerner. It is designed to provide financial support during the post-graduation bar preparation period so Access Admission students can focus on preparing for and passing the bar exam.

## Selection Criteria

- Awarded to graduating Access Admission Program students.

13

which the graduate needs financial support to pass the bar exam on the graduate's first attempt.
- Scholarships are awarded after winter and spring graduations (December and May).

## Application Instructions

Access Admission students will receive an email during their last semester inviting them to apply by submitting the following:

- **Bar Exam Study Plan:** complete and submit the Study Plan using the link to the Google form application provided in the email.
- **Financial Readiness Assessment:** attach the completed form in response to Section 3 of the Google form application.
- **Personal Statement:** explain the three most significant challenges the candidate faces in preparing for the bar exam and steps you have taken to address the challenges.
- **Resume:** Include accomplishments throughout law school.
- **Law School Transcript:** Your transcript should include grades for all bar-tested courses.

14