



# Adversary Proceeding research:

You might be eligible for a discharge of your loan made under the William D. Ford Federal Direct Loan (Direct Loan) Program or Federal Family Education Loan (FFEL) Program if your school falsely certified your eligibility to receive a loan.

## What are the eligibility requirements to qualify for a loan discharge based on false certification?

There are three categories of false certification through which you might be eligible for a discharge of your Direct Loans or FFEL Program loans:

1. **Ability to benefit:** The school falsely certified your eligibility to receive the loan based on your ability to benefit from its training, and you didn't meet the ability-to-benefit student eligibility requirements that were in effect at the time the school determined your eligibility.

https://studentaid.gov/manage-loans/forgiveness-cancellation/false-certification

15