

3/2/25, 9:29 AM    Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 2 of 17




# Loan Program Types

Home > Student Life > Student Services > Student Financial Services > Paying for Law School > Financial Aid > **Loan Program Types**

## STUDENT FINANCIAL SERVICES

- Tuition and Fees >
- Paying for Law School >
  - Financial Aid >
    - Loan Program Types >
      - Loan Repayment
      - Loan Repayment Assistance Program (LRAP)
      - Irving C. Paul Loan Forgiveness Fund for Public Defenders
      - Scholarships >



3/2/25, 9:29 AM    Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 3 of 17

Policies >

Financial Literacy >

International Student Financial Aid

Community Resources >

Important Dates

Important Notes

Financial Aid FAQ

## Contact us

**Student Financial Services (SFS)**
Sullivan Hall, Second Floor
901 12th Avenue
P.O. Box 222000
Seattle, WA 98122-1090
206-398-4250
lawfa@seattleu.edu

## SFS Hours

Monday - Friday:
9:00 a.m. to 4:30 p.m.

Late Hours*
Monday and Thursday

17

3/2/25, 9:29 AM    Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 4 of 17



summer session. Changes will be posted outside of the entrance to the Administrative Offices.

A drop box is located to the left of the Administrative Office doors for after-hours correspondence.

# Government Loans

## William D. Ford Federal Direct Stafford Loan 

- Students may borrow up to $20,500 per year
- Disbursed in equal payments for fall and spring terms
- Repayment deferred until six months after graduation or less than half-time enrollment

### Interest rates

- Loans first disbursed on or after July 1, 2023 and before July 1, 2024: fixed at 7.05% for life of loan. For more information, visit studentaid.gov.
  - The interest rate as of July 1, 2021 is fixed at 5.28% based on the 10-Year Treasury



18

3/2/25, 9:29 AM  Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00084-SAG    Document 1-9    Filed 03/03/25    Page 5 of 17

- Temporary changes due to COVID-19, visit [studentaid.gov](studentaid.gov) for further details.

### Fees

- 1.057% per disbursement (as of 10/1/21). For more information, visit [studentaid.gov](studentaid.gov).
    - Due to sequestration, the [origination fees](origination fees) increase annually each October 1 (amount to be determined) for new loans first disbursed on or after that date.
- Temporary changes due to COVID-19, visit [studentaid.gov](studentaid.gov) for further details.

### Interest Accrual

- At disbursement.

### Grace Period

- 6 months after graduation or cease to be enrolled at least half-time.

### Repayment Options

- Standard, Graduated, Extended and Income Driven [repayment plans](repayment plans) available.
- Can be included in [federal loan consolidation](federal loan consolidation).

### Loan Forgiveness

- Eligible for [Public Service Loan Forgiveness](Public Service Loan Forgiveness).

19

3/2/25, 9:29 AM
Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 6 of 17

- Disbursed in equal amounts per term of at least half-time enrollment.
- Be enrolled at least half-time and maintain satisfactory academic progress.
- Loan must be requested and originated prior to the end of the academic year (or last term enrolled of academic year) per federal regulations. Requests made at the end of the academic year may not be able to be processed due to time limits.

## Application Process

- Complete FAFSA every year.
- Accept and electronically sign award letter each year in MySeattleU (go to Student Self Service when you log in).
- Complete entrance counseling once and complete a Subsidized/Unsubsidized Master Promissory Note once (it expires after ten years).

Please see Direct Loans for more information on the Federal Direct Stafford loan.

## Federal Direct Graduate and Professional Student PLUS Loan



20

sure that you are applying for the Grad PLUS early enough to account for the processing time. If you are emailing lawfa@seattleu.edu to request an adjustment (increase or decrease), make sure you include the processing time for your request.

Students only need to apply once at the beginning of the academic year. Any following adjustment or additional loan requests can be made via email request to lawfa@seattleu.edu.

- As a law student, you may borrow up to the cost of attendance less other financial aid
- Credit-based federal loan
- May offer an endorser (co-signer) option
- Disbursed in equal amounts in the fall and spring unless requested otherwise in writing and approved
- Recommended over a private loan (see below), particularly if going into public service work
- Graduate Plus loans disburse between fall/spring term, unless the student request a reallocation into their summer term

### Application Process

Complete the following:

- FAFSA every year
- Grad PLUS Request every year

3/2/25, 9:29 AM — Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 8 of 17

- signer) may be required (if so, a new promissory note is required for each loan with an endorser).
- Apply for either the Grad PLUS or a private loan - students do not apply for both concurrently.

## Interest rates

- Loans first disbursed on or after July 1, 2023 and before July 1, 2024: fixed at 8.05% for life of loan.
    - The interest rate as of July 1, 2020, is fixed at 5.30% based on the 10-Year Treasury Note Index + a 4.6% add-on (capped at 10.5%). New interest rate is calculated each year for new loans.

For the most recent information on interest rates, visit studentaid.gov.

## Fees

- 4.228% per disbursement (as of 10/1/21).
    - Due to sequestration, the origination fees increase annually each October 1 (amount to be determined) for new loans first disbursed on or after that date.

For the most recent information on fees, visit studentaid.gov.

22

3/2/25, 9:29 AM  Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 9 of 17

- 6 months after graduation or cease to be enrolled at least half-time.

### Repayment Options
- Standard, Graduated, Extended and Income Driven repayment plans available.
- Can be included in federal loan consolidation.

### Loan Forgiveness
- Eligible for Public Service Loan Forgiveness.

### Other Notes
- Borrow up to the cost of attendance less other financial aid.
- Eligible for deferment and forbearance options, similar to Federal Direct Unsubsidized Loan.
- Credit check is required.
    - We strongly encourage you to request a copy of your credit report. Checking your credit rating now will help eliminate surprises later and will give you time to correct any errors or resolve any problems.
- An endorser (co-signer) may be required (if so, a new promissory note is required for each loan with an endorser).

23

3/2/25, 9:29 AM  Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 10 of 17

prior to the end of the academic year (or last term enrolled of academic year) per federal regulations. Requests made at the end of the academic year may not be able to be processed due to time limits.

*Attending summer term and wish to request some alternative loan funds for the term? Remember to email lawfa@seattleu.edu from your SU email account with that request.*

# Alternative credit-based loans

Apply for either the Grad PLUS or a private loan - students do not apply for both concurrently. The Grad PLUS is recommended over a private loan for reasons stated below, particularly if going into public service work.

## Federal Direct Graduate and Professional Student PLUS Loan

24

3/2/25, 9:29 AM    Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 11 of 17

sure that you are applying for the Grad PLUS early enough to account for the processing time. If you are emailing lawfa@seattleu.edu to request an adjustment (increase or decrease), make sure you include the processing time for your request.

Students only need to apply once at the beginning of the academic year. Any following adjustment or additional loan requests can be made via email request to lawfa@seattleu.edu.

- As a law student, you may borrow up to the cost of attendance less other financial aid
- Credit-based federal loan
- May offer an endorser (co-signer) option
- Disbursed in equal amounts in the fall and spring unless requested otherwise in writing and approved
- Recommended over a private loan (see below), particularly if going into public service work
- Graduate Plus loans disburse between fall/spring term, unless the student request a reallocation into their summer term

## Application Process

Complete the following:

- FAFSA every year
- Grad PLUS Request every year


25

3/2/25, 9:29 AM    Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 12 of 17

signer) may be required (if so, a new promissory note is required for each loan with an endorser).
- Apply for either the Grad PLUS or a private loan - students do not apply for both concurrently.

## Interest rates

- Loans first disbursed on or after July 1, 2023 and before July 1, 2024: fixed at 8.05% for life of loan.
    - The interest rate as of July 1, 2020, is fixed at 5.30% based on the 10-Year Treasury Note Index + a 4.6% add-on (capped at 10.5%). New interest rate is calculated each year for new loans.

For the most recent information on interest rates, visit studentaid.gov.

## Fees

- 4.228% per disbursement (as of 10/1/21).
    - Due to sequestration, the origination fees increase annually each October 1 (amount to be determined) for new loans first disbursed on or after that date.

For the most recent information on fees, visit studentaid.gov.

26

3/2/25, 9:29 AM  Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG   Document 1-9   Filed 03/03/25   Page 13 of 17

- 6 months after graduation or cease to be enrolled at least half-time.

### Repayment Options
- Standard, Graduated, Extended and Income Driven repayment plans available.
- Can be included in federal loan consolidation.

### Loan Forgiveness
- Eligible for Public Service Loan Forgiveness.

### Other Notes
- Borrow up to the cost of attendance less other financial aid.
- Eligible for deferment and forbearance options, similar to Federal Direct Unsubsidized Loan.
- Credit check is required.
  - We strongly encourage you to request a copy of your credit report. Checking your credit rating now will help eliminate surprises later and will give you time to correct any errors or resolve any problems.
- An endorser (co-signer) may be required (if so, a new promissory note is required for each loan with an endorser).

27

3/2/25, 9:29 AM    Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 14 of 17

prior to the end of the academic year (or last term enrolled of academic year) per federal regulations. Requests made at the end of the academic year may not be able to be processed due to time limits.

*Attending summer term and wish to request some alternative loan funds for the term? Remember to email lawfa@seattleu.edu from your SU email account with that request.*

## Private loans for law students 

- Limited to the cost of education less other financial aid or particular lender annual and aggregate maximums.
- Available to help those students whose needs are not fully met by other financial aid programs.
- Disbursed in equal amounts in the fall and spring. Unequal disbursements may be requested in writing to help with budgeting expenses.
- We recommend the federal Grad PLUS for credit-based funding due to its benefits (see above for information).



3/2/25, 9:29 AM  Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG   Document 1-9   Filed 03/03/25   Page 15 of 17

- Loans are based on credit history and require a credit check. A co-signer may be required. Borrowers must sign a promissory note and Student Financial Services must certify the loan.
- **Alternative Loan information Chart** has a list of lenders used by previous law students with further information and contacts.

### Interest rates

- Rates are variable (updated monthly or quarterly depending on lender). For more information, see **Private Lending for Higher Education**.
- Variable rates typically not capped.

### Fees

- Depends on lender - some offer 0%. For more information see **Private Lending for Higher Education**

### Interest Accrual

- At disbursement

### Grace Period

- Depends on lender - range can be from 6-9 months.

### Repayment Options

- Depends on lender.

29

3/2/25, 9:29 AM  Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG   Document 1-9   Filed 03/03/25   Page 16 of 17

## Other Notes

- Credit check is required.
    - We strongly encourage you to request a copy of your credit report. Checking your credit rating now will help eliminate surprises later and will give you time to correct any errors or resolve any problems.
- Co-signer may be required
- Loan amount is cost of education less other financial aid and/or lender annual and aggregate maximums.

## Application Process

- Alternative Loan Information section provides information on loans our students have borrowed previously (subject to change) and application process for individual loans.

## Bar Loans



- Helps cover bar exam costs, prep course fees and some living expenses while studying for the bar.
- Suggested application deadline: **May 9**.

3/2/25, 9:29 AM  Loan Program Types | Financial Aid | Paying for Law School | Student Financial Services | Student Services | Student Life | Seattle U…

Case 1:25-cv-00684-SAG    Document 1-9    Filed 03/03/25    Page 17 of 17

following lenders in the past (availability subject to change):

- PNC
- SallieMae

# Credit Report

We strongly encourage you to request a copy of your credit report. Checking your credit rating now will help eliminate surprises later and will give you time to correct any errors or resolve any problems.

- To request a free credit report visit AnnualCreditReport.com.
- For a more in depth report you will be charged a small fee, unless you have been denied credit recently.
- You may contact either Experian at 888-397-3742, Equifax at 800-685-1111, or TransUnion at 800-888-4213.

Please contact Student Financial Services at lawfa@seattleu.edu or 206-398-4250 for answers to any questions you have about financial aid.

31