

National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442
Ph. 877-603-7165 ext. 2066
www.nes1.com

To: Wilberforce O Agyekum
~~581 Fox Bower Hills Way~~
~~Glen Burnie MD 21060~~-8489

Reference:    37122657



January 28, 2025

**National Enterprise Systems is a debt collector.** We are trying to collect a debt that you owe to Navient Solutions LLC. We will use any information you give us to help collect the debt.

## Our information shows:

You had a SEATTLE UNIVERSITY account from Navient Solutions LLC with account number XXXXXXXXXXXX7610.

| | | |
|---|---|---:|
| As of September 30, 2010, you owed: | | $4,097.24 |
| Between September 30, 2010 and today: | | |
| You were charged this amount in interest: | + | $1,385.78 |
| You were charged this amount in fees: | + | $ 0.00 |
| You paid or were credited this amount toward the debt: | − | $ 0.00 |
| **Total amount of the debt now:** | | **$5,483.02** |

## How can you dispute the debt?

- **Call or write to us by March 14, 2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by March 14, 2025,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write us without the form. You may also include supporting documents. We accept disputes electronically at www.nes1.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by March 14, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.nes1.com.
- Go to www.cfpb.gov/debt-collection to learn more about your rights under the federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

**Notice:** See reverse side for important information.

---

29125 Solon Road
Solon, OH 44139

Wilberforce O Agyekum
~~581 Fox Bower Hills Way~~
Glen Burnie MD 21060-8489

### How do you want to respond?

*Check all that apply:*
☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).
☐ **I want you to send me the name and address of the original creditor.**
☐ **I enclosed this amount:**    $ _____

Make your check payable to *National Enterprise Systems*.
Include your reference number 37122657.

**Mail this form to:**

National Enterprise Systems
29125 Solon Road
Solon OH 44139-3442

Due to the age of your account Navient Solutions LLC is not able to file suit against you. We would like to work with you to resolve your account balance.

National Enterprise Systems
29125 Solon Road
Solon, OH 44139-3442
Ph. 877-603-7165 ext. 2066
www.nes1.com

To:  Wilberforce O Agyekum
~~581-~~ ~~~~
Glen Burnie MD 21060-8489

Reference:    37122658

January 28, 2025

**National Enterprise Systems is a debt collector.** We are trying to collect a debt that you owe to Navient Solutions LLC. We will use any information you give us to help collect the debt.

## Our information shows:

You had a SEATTLE UNIVERSITY account from Navient Solutions LLC with account number XXXXXXXXXXXX7628.

| | |
|---|---|
| As of September 30, 2010, you owed: | $2,269.61 |
| Between September 30, 2010 and today: | |
| You were charged this amount in interest: + | $783.19 |
| You were charged this amount in fees: + | $ 0.00 |
| You paid or were credited this amount toward the debt: − | $ 0.00 |
| **Total amount of the debt now:** | $3,052.80 |

## How can you dispute the debt?

- **Call or write to us by March 14, 2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by March 14, 2025,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.nes1.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by March 14, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.nes1.com.

- Go to www.cfpb.gov/debt-collection to learn more about your rights under the federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

Notice: See reverse side for important information.

---

29125 Solon Road
Solon, OH 44139


Wilberforce O Agyekum
581- ~~~~
Glen Burnie MD 21060-8489

### How do you want to respond?

*Check all that apply:*
☐  I want to dispute the debt because I think:
   ☐ This is not my debt.
   ☐ The amount is wrong.
   ☐ Other (please describe on reverse or attach additional information).
☐  I want you to send me the name and address of the original creditor.
☐  I enclosed this amount:  $ _____

Make your check payable to *National Enterprise Systems.*
Include your reference number 37122658.

Mail this form to:

National Enterprise Systems
29125 Solon Road
Solon  OH  44139-3442

* Due to the age of your account Navient Solutions LLC is not able to file suit against you. We would like to work with you to resolve your account balance.